UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIABLE ONE STAFFING SERVICES, L.L.C.,

      Plaintiff,

vs.

      Case No. 07-CV-10203
      HON. GEORGE CARAM STEEH

ELIZABETH K. HORNICK,

      Defendant.

_____/

## TEMPORARY RESTRAINING ORDER (#3) AND NOTICE OF PRELIMINARY INJUNCTION HEARING

For the reasons stated on the record at a January 16, 2007 hearing at which defendant Elizabeth K. Hornick appeared telephonically,

Plaintiff Reliable One Staffing Services, L.L.C.'s motion for a temporary restraining order is GRANTED to the extent that defendant Elizabeth K. Hornick is hereby ORDERED to:

1.) Return or destroy any trade secrets and/or confidential information and/or proprietary information of Reliable One in Hornick's possession or control and as described by Reliable One to include:

> business strategies; marketing assessments; surveys and forecasts; detailed information concerning customer or client needs and requirements; proposals designed to meet customer needs or requirements; pharmacist's and/or health care professional's names; client listings or customer lists; client, employee or recruit contact information; client billing rates; client sales reports; employee or recruit performance appraisals; client financial information; client business correspondence and addresses; Reliable One business correspondence; Reliable One passwords and user I.D.'s; Reliable One or client sales information; employee, recruit, or staff information (including employee, recruit, or staff names, addresses, phone numbers, characteristics, placements and employment); Reliable One contracts; Reliable One financial information; employee or recruit pay rates; Reliable One marketing literature and materials; and client purchase orders.

2.) Refrain from disclosing to anyone any trade secrets and/or confidential information and/or proprietary information of Reliable One as set forth above;

3.) Refrain from competing with Reliable One by contacting, soliciting, recruiting, placing employees in the professional areas of nursing and radiology, or being involved in such activities directly or indirectly in relation thereto; and

4.) Refrain from initiating contact with Reliable One's employees or encouraging or attempting to encourage Reliable One employees to leave Reliable One's employment or to violate the terms of their Reliable One employment agreements.

Reliable One is hereby ORDERED to serve this Order upon Hornick by registered or certified mail, return receipt requested, mailed to Hornick at her current address of 1800 Winslow Lane, North Port, Florida, 34286.  The parties are hereby notified to appear before this court on **TUESDAY, FEBRUARY 6, 2007 at 9:00 A.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226 for hearing on Reliable One's motion for permanent injunctive relief.

This Order shall take effect upon Hornick's receipt of this Order, and shall remain in force and effect through February 6, 2007 or upon further order of the court.

SO ORDERED.

Dated:  January 17, 2007

                                                 s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys and parties
of record on
January 17, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

2